1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DAVID W. WILSON,

11           Plaintiff,              No. CIV S-08-0929 JAM KJM P

12       vs.

13   CALIFORNIA DEPARTMENT OF
     CORRECTIONS AND
14   REHABILITATION, et al.,

15           Defendants.             ORDER
     _____/

16

17           Plaintiff is a California prisoner proceeding pro se with an action for violation of

18   civil rights under 42 U.S.C. § 1983.  Plaintiff seeks leave to proceed in forma pauperis but he is

19   precluded from doing so because on three prior occasions he has had actions dismissed as

20   frivolous, malicious or for failure to state a claim upon which relief can be granted.  See 28

21   U.S.C. § 1915(g).[1]  Therefore, the court will deny plaintiff's request for leave to proceed in forma

22

23          [1]  The "three strikes" provision of the Prison Litigation Reform Act does not bar a
     plaintiff from proceeding in forma pauperis in a civil rights action if he is in imminent danger of
     serious physical harm.  28 U.S.C. § 1915(g).  "The statute contemplates that the 'imminent
24   danger' will exist contemporaneously with the bringing of the action."  Abdul-Akbar v.
     McKelvie, 239 F.3d 307, 313 (3d Cir.), cert. denied, 533 U.S. 953 (2001).  "Imminent" means
25   "about to occur at any moment or [] impending."  Id. at 315; see also Oxford English Dictionary,
     available at http://dictionary.oed.com ("close at hand in its incidence; coming on shortly").
26   Nothing in plaintiff's complaint suggests he is in imminent danger of serious physical harm.

                                         1

pauperis and direct plaintiff to pay the filing fee for this action.  If plaintiff fails to pay the filing fee within thirty days, this action will be dismissed.

Accordingly, IT IS HEREBY ORDERED that;

1.  Plaintiff's request for leave to proceed in forma pauperis is denied; and

2.  Plaintiff shall pay the $350.00 filing fee within thirty days.

DATED:  May 30, 2008.

_____
U.S. MAGISTRATE JUDGE

1/mp
wils0929.3ks

2