IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID W. WILSON,

      Plaintiff,                    No. CIV S-08-929 JAM KJM P

      vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND
REHABILITATION, et al.,

      Defendants.           <u>ORDER</u>

/

On June 19, 2008, plaintiff filed a request for reconsideration of the magistrate judge's order filed June 2, 2008, denying plaintiff's application to proceed in forma pauperis. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling is clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed June 2, 2008, is affirmed.

DATED: October 6, 2008

                                           /s/ John A. Mendez
                                           HON. JOHN A. MENDEZ
                                           UNITED STATES DISTRICT JUDGE

/wils0929.850